FANNIE GOLDFARB, Respondent, v. HARRY GOLDFARB, Appellant.— Order modified by reducing the amount of alimony to the sum of ten dollars per week, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

HORACE M. GRAFF and Another, Appellants, v. MAHLON L. SEIDEL and Another, Transacting Business under the Firm Name and Style of ACORN HOSIERY MILLS, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

MAX B. LEW, Respondent, v. JEROME LEBENSTEIN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of the Petition of LEO SILBERG and Others, Appellants, for the Appointment of an Arbitrator, v. IDEAL WATCH CASE CO., INC., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

HARRY FEINGOLD, Respondent, v. WALWORTH BROS., INC., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

CHARLES WEINSCHENKER, INC., Respondent, v. LUDWIG POTTASCH, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

NEMOURS TRADING CORPORATION, Respondent, v. ALFRED C. GAUNT, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

CARL VIETOR and Others v. MARYANOV & BRODSKY, INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

SOL J. JARVIS v. SAMUEL A. LANGFUR and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ROSE CARMEN KAUFMAN v. LEO KAUFMAN.— Motion to dismiss appeal granted, without costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

DAVID HOFFLIN v. NATHAN LEPOW and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

JOHN RUSSELL v. NORFOLK SOUTHERN RAILROAD COMPANY.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

MARY MICHAUD, as Administratrix, etc., v. MARY MAGUIRE.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

EMILY D. DAY v. COMPAGNIE GENERAL TRANSATLANTIQUE.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.